UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYON STEPHENS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 13-cv-11439

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION**
(document no. 11), **DENYING STEPHENS' MOTION FOR SUMMARY JUDGMENT** (document no. 8), **AND GRANTING COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT** (document no. 10)

The Social Security Administration denied plaintiff and claimant Lyon Stephens' application for a period of disability and disability insurance benefits. An Administrative Law Judge issued the original decision. *See* ALJ Decision, ECF No. 6-2, at 18. After the SSA Appeals Council declined to review the ruling, Stephens appealed to this Court. The Court referred the matter to United States Magistrate Judge Charles E. Binder, and the parties filed cross motions for summary judgment. On August 5, 2014, Magistrate Judge Binder issued a Report and Recommendation suggesting the Court deny Stephens' motion and grant the Commissioner of Social Security's motion. Report, ECF No. 11.

Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Neither party has filed any objections. De novo review of the magistrate judge's findings is therefore not required. *See* Fed. R. Civ. P. 72(b)(2)–(3) (mandating de novo review only if the parties "serve and file specific written objection to the proposed findings and recommendations"). The Court has reviewed the file and the Report, and finds that the magistrate judge's analysis is proper.

Accordingly, the Court adopts the Report's findings and conclusions, and will enter an appropriate judgment.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's Report and Recommendation (document no. 11) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Stephens' motion for summary judgment (document no. 8) is **DENIED.**

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment (document no. 10) is **GRANTED**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 22, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2014, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager

2